JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER KLEIDMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ADMINISTRATIVE PRESIDING JUSTICE ELWOOD LUI,<br><br>    Defendants. | No. 2:25-cv-02718-PA (JDE)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 14, 2025

_____

PERCY ANDERSON
United States District Judge